No. 10–6059. RILEY *v.* UNION PARISH SCHOOL BOARD ET AL. C. A. 5th Cir.;
No. 10–6083. MILLS *v.* WAYNE COUNTY BOARD OF EDUCATION. Cir. Ct. W. Va., Kanawha County;

No. 10–6532. SHAW *v.* POTTER, POSTMASTER GENERAL. C. A. 6th Cir.; and

No. 10–6618. BANEY *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.